UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, NA, | § § | |
| Plaintiff | § § | CIVIL ACTION NO. H-10-1211 |
| v. | § § § | ADMIRALTY |
| M/Y EXTREME DREAM, Official Number 1115149 her engines, tackle, apparel, rigging, dinghies, equipments, appurtenances, furniture, equipment and all other necessaries thereunto appertaining and belonging, *in rem,* and GUY W. LINDSLEY, *in personam* | § § § § § § § § § § | |
| Defendants. | | |

| | | |
|---|---|---|
| VICTORY MARINE, LLC. | § § | |
| Intervening Plaintiff, | § § | |
| v. | § § | |
| M/Y EXTREME DREAM, *in rem* | § | |

### FINAL JUDGMENT AND ORDER TO SELL VESSEL

The plaintiff, BANK OF AMERICA, N.A.'s moved for Default Final Summary Judgment. The defendants GUY W. LINSLEY and the M/Y EXTREME DREAM have failed to answer or otherwise respond to the instant lawsuit. Accordingly, it is ordered as follows:

A.  The plaintiff's Motion for Default Final Summary Judgment is GRANTED.

B.  The defendants are in default of the payment of the sums due and payable to the plaintiff under the mortgage. As of June 21, 2010, the amount due and payable is Two Hundred Forty Eight

      Thousand, Eight Hundred Fifty Seven and 41/100 U.S. Dollars (US $248,857.41), plus accruing interest at the per diem rate of Forty One and 06/100 U.S. Dollars (US $41.06).

C.     The United States Marshal for the Southern District of Texas must schedule the sale of the defendant Vessel, the M/Y EXTREME DREAM to be condemned and sold via U.S. Marshal Sale to pay the judgment together with all interest, attorneys' fees, costs and expenses.

D.     The Clerk of the Court is to enter this final default judgment against the defendants, M/Y EXTREME DREAM and GUY W. LINDSLEY, in the amount of Two Hundred Forty Eight Thousand, Eight Hundred Fifty Seven and 41/100 U.S. Dollars (US $248,857.41), plus accruing interest at the per diem rate of Forty One and 06/100 U.S. Dollars (US $41.06), with attorney's fees, interest, and costs to be later determined .

E.     The plaintiff, BANK OF AMERICA, N.A., is permitted to bid its judgment, or any part thereof, in lieu of the payment of cash at the sale of the Vessel by the U.S. Marshal.

      SIGNED on September 3, 2010, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge